Fill in this information to identify the case:

Debtor Name  Tandem, A Wine & Cheese Bar, LLC

United States Bankruptcy Court for the: Western District of Washington

Case number: 18-14412

☐ Check if this is an
amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11       12/17

Month:  **February 2019**                                    Date report filed:  **March 2013**
                                                                                  MM / DD / YYYY

Line of business:  Restaurant Fine Dining                    NAISC code:  _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury
that I have examined the following small business monthly operating report and the accompanying
attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:                          Tandem Dinner and Wine Bar

Original signature of responsible party     *Bradly J Havens* (signature)

Printed name of responsible party           Bradly J Havens

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer No to any of the questions in lines 1-9, attach an explanation and label it Exhibit A.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☑ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it Exhibit B.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☑ | ☐ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

17. Have you paid any bills you owed before you filed bankruptcy? ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ <23145.26>

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ 73212.04

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    – $ 74405.06

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ -1193.52

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    = $ -20693.31

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

    *(Exhibit E)*

    $ 26599.56

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**      $ _____ 0

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?      10

27. What is the number of employees as of the date of this monthly report?      12

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?      $ _____ 0

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?      $ _____ 0

30. How much have you paid this month in other professional fees?      $ _____ 0

31. How much have you paid in total other professional fees since filing the case?      $ _____ 500

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 77650 | − | $ 73212.04 | = | $ 4437.96 |
| 33. **Cash disbursements** | $ 70000 | − | $ 74405.06 | = | $ -4405.06 |
| 34. **Net cash flow** | $ 7650 | − | $ 1193.52 | = | $ 6456.48 |

35. Total projected cash receipts for the next month:      $ 105385

36. Total projected cash disbursements for the next month:      − $ 101663

37. Total projected net cash flow for the next month:      = $ 3722

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑ 39. Bank reconciliation reports for each account.

☑ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☑ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

**Tandem Dinner & Wine Bar**

**Unusual Circumstance**

Tandem Dinner and Wine Bar was closed 6 nights of business due to the incredible amount of snowfall and Governor Inslee announcing a State of Emergency. This equated to a loss of Revenue to an approximate $18,000.

**Tandem Dinner & Wine Bar**

**Exhibit E**

<u>Unpaid Bills February Report</u>

DOR

| | |
|---|---|
| November 16-EOM | 3000.00 |
| December | 6279.66 |
| January | 5825.75 |

4th Qtr. 941    10,066.64

Globe Electric    657.51

Eastside Ice Machines    770.00

| Feb-19 | DISBURSEMENTS | RECEIPTS | NET CASH FLOW | | | |
|---|---|---|---|---|---|---|
| Total | $ 74,405.06 | $ 68,564.99 | | | | |
| | | | | | | |
| Food Sales | | $ 31,082.54 | | | | |
| Beverage Sales | | $ 18,769.57 | | | | |
| Sales Tax Collected | | $ 4,985.24 | | | | |
| Employee Tips Collected | | $ 11,654.04 | | | | |
| Gift Cards | | $ 1,073.60 | | | | |
| Party Deposit | | $ 1,000.00 | Breakdown of Payment Type | | | |
| | | | Check | | Cash | Cashier's Chk |
| Advertising & Promotion | $ 81.83 | | $ 45.00 | $ 36.83 | | |
| Bank Service Charges | $ 937.30 | | $ 937.30 | | | |
| Beverage Purchases | $ 12,826.95 | | $ 6,304.63 | $ 2,621.36 | $ 3,900.96 | |
| Business & Sales Tax | $ 7,148.75 | | $ 7,148.75 | | | |
| Business License | $ 85.00 | | $ 85.00 | | | |
| Computer and Internet | $ 497.68 | | $ 497.68 | | | |
| Employee NET Wages | $ 14,982.70 | | $ 13,890.80 | | $ 1,091.90 | |
| Food Purchases | $ 18,524.76 | | $ 4,939.64 | $ 7,022.96 | $ 6,562.16 | |
| Insurance Expense | $ 520.99 | | $ 520.99 | | | |
| Laundry | $ 1,470.08 | | $ 1,470.08 | | | |
| Meals | $ 50.88 | | | $ 50.88 | | |
| Merchant Acct Fees | $ 50.00 | | $ 50.00 | | | |
| Music | $ 24.97 | | $ 24.97 | | | |
| Office supplies | $ 235.88 | | $ 73.13 | $ 162.75 | | |
| Rent | $ 5,000.00 | | | | $ 5,000.00 | |
| Repairs & Mtc. | $ 51.85 | | $ 51.85 | | | |
| Research | $ 377.79 | | $ 142.17 | $ 235.62 | | |
| Restaurant Supplies | $ 1,679.90 | | $ 1,499.94 | $ 179.96 | | |
| Telephone | $ 418.54 | | $ 418.54 | | | |
| Travel | $ 107.63 | | $ 78.63 | $ 29.00 | | |
| Uniforms | $ 347.41 | | $ 347.41 | | | |
| Utilities | $ - | | | | | |
| Member Draws | $ 8,984.17 | | $ 8,984.17 | | | |
| | | | | | | |

|  |  |  |  | $ | 47,510.68 | $ | 10,339.36 | $ | 16,555.02 | $ 74,405.06 |
|---|---|---|---|---|---|---|---|---|---|---|
| Breakdown of Draws: |  |  |  |  |  |  |  |  |  |  |
| Members Draws, Expenses & Wages |  |  |  |  |  |  |  |  |  |  |
| Direct Expenses Paid for Members | $ | 4,162.70 |  |  |  |  |  |  |  |  |
| Member Draws Used by Members | $ | 4,821.47 |  |  |  |  |  |  |  |  |
| Total Member Draw | $ | 8,984.17 |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |
| Member Used Draws for Cash Purchases | $ | 10,339.36 |  |  |  |  |  |  |  |  |
| Member Used Draws for Cashiers Checks | $ | 16,555.02 |  |  |  |  |  |  |  |  |
|  | $ | 26,894.38 |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |

Tandem Dinner and Wine Bar Budget 2019

| Ordinary Income and Expense | | February | | | |
|---|---|---|---|---|---|
| | | Budget | % Budget | Actual | Difference |
| Income | | | | | |
| | Food | $ 35,100.00 | | $ 31,082.54 | $ 4,017.46 |
| | Beverage | $ 23,400.00 | | $ 18,769.57 | $ 4,630.43 |
| | Events | $ 1,500.00 | | $ 1,000.00 | $ 1,500.00 |
| Total Income | | $ 60,000.00 | | $ 50,852.11 | $ 9,147.89 |
| Other Income | | | | | |
| | Tips Payable to Employees | $ 12,000.00 | | $ 11,654.04 | $ 345.96 |
| | Tax Payable to DoR | $ 5,400.00 | | $ 4,985.24 | $ 414.76 |
| | Gift Certificates Sold | $ 250.00 | | $ 1,073.60 | $ (823.60) |
| Total Other Income | | $ 17,650.00 | | $ 17,712.88 | $ (62.88) |
| Total Gross Income | | $ 77,650.00 | | $ 68,564.99 | |
| Cost of Goods Sold | | | | | |
| | Food | $ 14,040.00 | 40% | $ 18,524.76 | $ (4,484.76) |
| | Wine Liquor Beverage | $ 8,190.00 | 35% | $ 12,826.95 | $ (4,636.95) |
| Total COG's | | $ 22,230.00 | 37% | $ 31,351.71 | $ (9,121.71) |
| Gross Profit | | $ 55,420.00 | | $ 37,213.28 | |
| Expense | | | | | |
| | Advertising and Promotion | $ 500.00 | 1% | $ 81.83 | $ 418.17 |
| | Bank Service Charges | $ 350.00 | 1% | $ 937.30 | $ (587.30) |
| | Credit Card Processing | $ 2,400.00 | 4% | $ 50.00 | $ (2,350.00) |
| | Insurance | $ 550.00 | 1% | $ 520.99 | $ (29.01) |
| | Linen/ Laundry Service | $ 1,500.00 | 3% | $ 1,470.08 | $ (29.92) |
| | Licenses | $ 350.00 | 1% | $ 85.00 | $ (265.00) |
| | Live Music | $ 600.00 | 1% | $ - | $ (600.00) |
| | Dues and Subscriptions | $ 75.00 | 0% | $ 24.97 | $ (50.03) |
| | Meals and Entertainment | $ 300.00 | 1% | $ 50.88 | $ (249.12) |
| | Office Supplies | $ 250.00 | 0% | $ 235.88 | $ (14.12) |
| | Payroll-Employee Net Wages and Tips | $ 12,000.00 | 20% | $ 14,982.70 | $ 2,982.70 |
| | Payroll-Owners Compensation | $ 10,000.00 | 17% | $ 8,984.17 | $ (1,015.83) |
| | Market Research | $ 300.00 | 1% | $ 377.79 | $ 77.79 |
| | Bookkeeping | $ 500.00 | 1% | $ - | $ (500.00) |
| | Penalties and Interest | $ 200.00 | 0% | $ - | $ (200.00) |
| | Professional Fees | $ 500.00 | 1% | $ - | $ (500.00) |
| | Rent and Triple Net | $ 8,762.54 | 15% | $ 5,000.00 | $ (3,762.54) |
| | Parking and Tolls | $ 50.00 | 0% | $ 107.63 | $ 57.63 |
| | Repair and Maintenance | $ 250.00 | 0% | $ 51.85 | $ (198.15) |
| | Restaurant Supplies | $ 1,000.00 | 2% | $ 2,027.31 | $ 1,027.31 |
| | Tax Payable - Business and Sales | $ 5,400.00 | | $ 7,148.75 | $ 1,748.75 |
| | Telephone and Internet | $ 960.00 | 2% | $ 916.22 | $ (43.78) |
| | United States Trustee Qrtly | $ - | 0% | $ - | $ - |
| | Utilities | $ 800.00 | 0% | $ - | $ 800.00 |
| Total Expense | | $ 47,597.54 | | $ 43,053.35 | $ (3,282.45) |
| Net Ordinary Income | | $ 7,822.46 | | $ (5,840.07) | -7% |



**CHASE**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

February 01, 2019 through February 28, 2019
Account Number: 0000000529000009



00102292 DRE 702 210 06019 NNNNNNNNNNN 1 000000000 61 0000
TANDEM A WINE AND CHEESE BAR LLC
DBA TANDEM DINNER AND WINE BAR
OPERATING ACCOUNT
19903 218TH AVE NE
WOODINVILLE WA 98077-6782

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | 1-800-242-7338 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

## CHECKING SUMMARY  Chase Total Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$2,036.85** |
| Deposits and Additions | 25 | 68,564.99 |
| Checks Paid | 41 | -22,215.98 |
| ATM & Debit Card Withdrawals | 71 | -17,989.91 |
| Electronic Withdrawals | 2 | -1,370.00 |
| Other Withdrawals | 12 | -28,569.02 |
| Fees | 41 | -937.30 |
| **Ending Balance** | **192** | **-$480.37** |

Your account ending in 1552 is linked to this account for overdraft protection.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 02/01 | Payment Received | 02/01 Sqc*ID 3Z6K4G58 San Francisco CA Card 1180 | $1,487.05 |
| 02/04 | Purchase Return | 02/02 Sqc*<ID 3Zmx106C   San Francisco CA Card 1180 | 8,327.88 |
| 02/04 | Purchase Return | 02/03 Sqc*<ID 3Za86Nbs    San Francisco CA Card 1180 | 5,142.83 |
| 02/08 | Payment Received | 02/08 Sqc*ID 3Z2Xc29K San Francisco CA Card 1180 | 636.20 |
| 02/11 | Payment Received | 02/10 Sqc*ID 3Zgfd43K San Francisco CA Card 1180 | 1,553.07 |
| 02/11 | Payment Received | 02/11 Sqc*ID 3Zk6Aays San Francisco CA Card 1180 | 232.19 |
| 02/11 | Payment Received | 02/09 Sqc*ID 3Z5Q9Zp6 San Francisco CA Card 1180 | 15.00 |
| 02/14 | Payment Received | 02/14 Sqc*ID 3Zmqv3Vn San Francisco CA Card 1180 | 404.48 |
| 02/15 | Purchase Return | 02/15 Sqc*<ID 3Z7D7V7P    San Francisco CA Card 1180 | 9,991.49 |
| 02/15 | Payment Received | 02/15 Sqc*ID 3Zys5Qbk San Francisco CA Card 1180 | 487.05 |
| 02/19 | Purchase Return | 02/17 Sqc*<ID 3Z6J1M5S    San Francisco CA Card 1180 | 8,165.63 |
| 02/19 | Payment Received | 02/16 Sqc*ID 3Zxdhmtc San Francisco CA Card 1180 | 4,198.73 |
| 02/19 | Payment Received | 02/18 Sqc*ID 3Zfekzzj San Francisco CA Card 1180 | 2,249.86 |
| 02/19 | Payment Received | 02/16 Sqc*ID 3Zxvhvtw San Francisco CA Card 1180 | 21.99 |
| 02/20 | Payment Received | 02/20 Sqc*ID 3Zkwa553 San Francisco CA Card 1180 | 3,148.31 |
| 02/21 | Payment Received | 02/21 Sqc*ID 3Z2Vbxfb San Francisco CA Card 1180 | 2,606.59 |
| 02/22 | Payment Received | 02/22 Sqc*ID 3Zfdcv5E San Francisco CA Card 1180 | 915.57 |
| 02/25 | Purchase Return | 02/24 Sqc*<ID 3Zskn03D    San Francisco CA Card 1180 | 5,818.36 |
| 02/25 | Payment Received | 02/23 Sqc*ID 3Zynb1Ys San Francisco CA Card 1180 | 3,520.43 |

Case 18-14412-MLB   Doc 70   Filed 04/01/19   Ent. 04/01/19 16:04:38   Pg. 10 of 29

 **CHASE** ⊖

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|--|--------|
| 02/25 | Payment Received | 02/25 Sqc*ID 3Z5Drfv0 San Francisco CA Card 1180 | 347.54 |
| 02/25 | Payment Received | 02/23 Sqc*ID 3Zrt7Twq San Francisco CA Card 1180 | 48.13 |
| 02/26 | Payment Received | 02/26 Sqc*ID 3Za1Ehyr San Francisco CA Card 1180 | 288.12 |
| 02/27 | Payment Received | 02/27 Sqc*ID 3Zmv8M62 San Francisco CA Card 1180 | 4,390.51 |
| 02/28 | Deposit      1851768049 | | 1,710.00 |
| 02/28 | Payment Received | 02/28 Sqc*ID 3Zppzq18 San Francisco CA Card 1180 | 2,857.88 |

**Total Deposits and Additions**     **$68,564.99**

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|-----------|-------------|-----------|--------|
| 1005 ^ | | 02/01 | $221.54 |
| 1008 * ^ | | 02/04 | 726.93 |
| 1014 * ^ | | 02/05 | 717.84 |
| 1015 ^ | | 02/22 | 153.22 |
| 1016 ^ | 02/02 | 02/04 | 1,327.21 |
| 1017 ^ | 02/05 | 02/05 | 127.68 |
| 1019 * ^ | | 02/19 | 204.35 |
| 1020 ^ | 02/04 | 02/04 | 480.48 |
| 1021 ^ | | 02/04 | 640.79 |
| 1022 ^ | | 02/05 | 198.72 |
| 1023 ^ | 02/16 | 02/19 | 157.00 |
| 1024 ^ | | 02/19 | 882.00 |
| 1025 ^ | | 02/19 | 1,008.00 |
| 1036 * ^ | | 02/04 | 693.00 |
| 1051 * ^ | 02/15 | 02/15 | 1,077.15 |
| 1053 * ^ | 02/16 | 02/19 | 473.48 |
| 1054 ^ | | 02/19 | 350.11 |
| 1055 ^ | | 02/20 | 790.98 |
| 1057 * ^ | | 02/19 | 934.16 |
| 1058 ^ | | 02/19 | 377.09 |
| 1059 ^ | 02/16 | 02/19 | 764.97 |
| 1060 ^ | | 02/19 | 420.00 |
| 1061 ^ | 02/15 | 02/15 | 168.00 |
| 1063 * ^ | | 02/25 | 186.41 |
| 1064 ^ | | 02/19 | 570.44 |
| 1066 * ^ | | 02/25 | 241.70 |
| 1067 ^ | 02/20 | 02/20 | 270.34 |
| 1068 ^ | 02/19 | 02/19 | 901.55 |
| 1069 ^ | | 02/22 | 113.61 |
| 1072 * ^ | 02/19 | 02/19 | 1,061.50 |
| 1075 * ^ | | 02/25 | 92.28 |
| 1076 ^ | | 02/21 | 920.40 |
| 1077 ^ | | 02/27 | 592.87 |
| 1079 * ^ | | 02/25 | 898.10 |
| 1081 * ^ | 02/25 | 02/25 | 168.00 |





## CHECKS PAID  *(continued)*

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|-----------|-------------|-----------|--------|
| 1083 * ^ | | 02/28 | 872.40 |
| 1086 * ^ | 02/25 | 02/25 | 347.17 |
| 1087 ^ | | 02/25 | 241.56 |
| 1090 * ^ | 02/25 | 02/25 | 300.11 |
| 1091 ^ | | 02/25 | 613.60 |
| 4810 * ^ | | 02/07 | 929.24 |

**Total Checks Paid**        **$22,215.98**

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

\* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 02/01 | Card Purchase | 01/29 Fish Brewing Company Woodinville WA Card 1180 | $119.07 |
| 02/01 | Card Purchase | 01/31 Zap*Zappos.Com 800-927-7671 NV Card 1198 | 271.40 |
| 02/01 | Card Purchase | 01/31 Zap*Zappos.Com 800-927-7671 NV Card 1198 | 76.01 |
| 02/01 | Card Purchase | 01/31 Craigslist.Org 415-399-5200 CA Card 1198 | 45.00 |
| 02/01 | Card Purchase | 01/31 Salon Rouge For Hair Bothell WA Card 1198 | 170.00 |
| 02/01 | Card Purchase With Pin | 02/01 Mclendons -Woodinville Woodinville WA Card 1180 | 51.85 |
| 02/01 | Card Purchase With Pin | 02/01 Homegoods 14049 NE Woo Woodinville WA Card 1198 | 192.35 |
| 02/01 | Card Purchase With Pin | 02/01 Safeway Store 0526 Kirkland WA Card 1180 | 33.48 |
| 02/01 | Recurring Card Purchase | 01/31 Amazon Prime Amzn.Com/Bill WA Card 1198 | 14.29 |
| 02/04 | Card Purchase | 02/01 Chans Place-Woodinvill Woodinville WA Card 1180 | 50.88 |
| 02/04 | Card Purchase | 02/01 The Whole Pet Shop, Ll Woodinville WA Card 1180 | 48.33 |
| 02/04 | Card Purchase | 02/01 Mc Smoke 425-8204635 WA Card 1180 | 163.50 |
| 02/04 | Card Purchase | 02/02 First Due Movers 206-755-6053 WA Card 1180 | 481.25 |
| 02/04 | Card Purchase | 02/03 MI Tierra Woodinville WA Card 1198 | 91.29 |
| 02/04 | Card Purchase | 02/02 Smart Foodservice 506 Bothell WA Card 1198 | 510.38 |
| 02/04 | Card Purchase | 02/02 Elegant Details Woodinville WA Card 1198 | 324.45 |
| 02/04 | Card Purchase | 02/02 Hanna Andersson Woodin Woodinville WA Card 1198 | 94.58 |
| 02/04 | Card Purchase With Pin | 02/02 Tjmaxx #0 14051 NE 175 Woodinville WA Card 1198 | 17.58 |
| 02/04 | Card Purchase With Pin | 02/02 Homegoods 14049 NE Woo Woodinville WA Card 1198 | 193.51 |
| 02/04 | Card Purchase W/Cash | 02/02 Rite Aid Store - 5205 Woodinville WA Card 1198 Purchase $61.00 Cash Back $40.00 | 101.00 |
| 02/04 | Card Purchase With Pin | 02/03 Safeway Store 0533 Woodinville WA Card 1180 | 523.39 |
| 02/04 | Recurring Card Purchase | 02/01 Evergreen POS 206-8767870 WA Card 1198 | 115.49 |
| 02/06 | Card Purchase | 02/04 Tomlinson Linen Servic 253-6271177 WA Card 1180 | 367.52 |
| 02/06 | Card Purchase | 02/05 Ecolab Inc Mf 800-352-5326 MN Card 1180 | 779.78 |
| 02/06 | Card Purchase | 02/05 Macrina Wholesale 2064484089 WA Card 1198 | 147.27 |
| 02/06 | Card Purchase | 02/06 WA Secretary of State .WA.Gov WA Card 1198 | 85.00 |
| 02/06 | Non-Chase ATM Withdraw | 02/06 12413 Willows Rd Kirkland WA Card 1180 | 202.00 |
| 02/07 | Card Purchase | 02/06 Chevron 0094964 Woodinville WA Card 1180 | 54.95 |
| 02/07 | ATM Withdrawal | 02/07 14400 124th Ave NE Kirkland WA Card 1180 | 400.00 |
| 02/08 | Card Purchase | 02/06 IN *Eastside Ski And S Woodinville WA Card 1198 | 190.81 |
| 02/11 | Card Purchase | 02/09 Amzn Mktp US*Mb7th9U Amzn.Com/Bill WA Card 1198 | 34.64 |
| 02/11 | Non-Chase ATM Withdraw | 02/11 19150 NE Woodinville Woodinville WA Card 1180 | 403.25 |
| 02/13 | Card Purchase | 02/11 Tomlinson Linen Servic 253-6271177 WA Card 1180 | 367.52 |

Case 18-14412-MLB   Doc 70   Filed 04/01/19   Ent. 04/01/19 16:04:38   Pg. 12 of 29


## ATM & DEBIT CARD WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/13 | Card Purchase 02/12 Macrina Wholesale 2064484089 WA Card 1198 | 147.27 |
| 02/13 | Card Purchase 02/12 Macrina Wholesale 2064484089 WA Card 1198 | 77.09 |
| 02/13 | Card Purchase With Pin 02/13 Safeway Store 0533 Woodinville WA Card 1180 | 169.15 |
| 02/13 | Non-Chase ATM Withdraw 02/13 19150 NE Woodinville Woodinville WA Card 1180 | 283.25 |
| 02/14 | Non-Chase ATM Withdraw 02/14 19150 NE Woodinville Woodinville WA Card 1180 | 343.25 |
| 02/15 | Card Purchase 02/14 Clean Planet Car Wash Woodinville WA Card 1180 | 14.00 |
| 02/15 | Card Purchase With Pin 02/15 Smart Foodservi Bothell WA Card 1180 | 387.28 |
| 02/19 | Card Purchase 02/15 Vinum Wine Importers & 206-6218843 WA Card 1180 | 64.00 |
| 02/19 | Card Purchase 02/15 Spa At Willows Lodge Woodinville WA Card 1198 | 140.00 |
| 02/19 | Card Purchase 02/15 Rhythm And Soul Dance 425-489-0861 WA Card 1198 | 293.50 |
| 02/19 | Card Purchase 02/16 Vinum Wine Importers & 206-6218843 WA Card 1180 | 1,196.27 |
| 02/19 | Card Purchase With Pin 02/16 Office Max/Offi 12006 Kirkland WA Card 1180 | 73.13 |
| 02/19 | ATM Withdrawal 02/16 13425 NE 175th St Woodinville WA Card 1180 | 500.00 |
| 02/19 | Card Purchase With Pin 02/17 Smart Foodservi Bothell WA Card 1180 | 378.85 |
| 02/19 | Card Purchase With Pin 02/19 Qfc 5828 Kirkland WA Card 1180 | 181.92 |
| 02/19 | Recurring Card Purchase 02/16 Apl*Itunes.Com/Bill 866-712-7753 CA Card 1180 | 2.99 |
| 02/20 | Card Purchase 02/18 Tomlinson Linen Servic 253-6271177 WA Card 1180 | 367.52 |
| 02/20 | Card Purchase 02/18 First Due Movers 206-755-6053 WA Card 1180 | 3,006.92 |
| 02/20 | Card Purchase With Pin 02/20 Safeway Store 0533 Woodinville WA Card 1180 | 33.97 |
| 02/20 | Recurring Card Purchase 02/20 Apl*Itunes.Com/Bill 866-712-7753 CA Card 1180 | 10.99 |
| 02/21 | Card Purchase 02/21 Sumerian Brewing Compa Woodinville WA Card 1180 | 47.00 |
| 02/21 | Card Purchase With Pin 02/21 Smart Foodservi Bothell WA Card 1180 | 470.30 |
| 02/22 | Card Purchase 02/21 Dnh*Godaddy.Com 480-5058855 AZ Card 1198 | 29.98 |
| 02/22 | Card Purchase 02/21 Dnh*Godaddy.Com 480-5058855 AZ Card 1198 | 297.20 |
| 02/22 | Card Purchase 02/21 Lyft *Ride Wed 11Pm Lyft.Com CA Card 1180 | 27.08 |
| 02/22 | Card Purchase With Pin 02/21 Shell Service Station Woodinville WA Card 1180 | 55.99 |
| 02/22 | Recurring Card Purchase 02/21 Msft * E04007Llgt 800-642-7676 WA Card 1180 | 55.01 |
| 02/25 | Card Purchase 02/21 Cutters Crabhouse Seatt Seattle WA Card 1198 | 235.62 |
| 02/25 | Card Purchase With Pin 02/23 Smart Foodservi Bothell WA Card 1180 | 539.58 |
| 02/25 | Card Purchase With Pin 02/23 Haggen #3498 Woodinville WA Card 1180 | 275.04 |
| 02/25 | Non-Chase ATM Withdraw 02/23 17641 Garden Way Woodinville WA Card 1180 | 303.00 |
| 02/25 | Card Purchase 02/24 Amznfreetime*Ml5Tz6Ex 888-802-3080 WA Card 1198 | 3.29 |
| 02/25 | Card Purchase 02/25 Lyft *Ride Sun 3Pm Lyft.Com CA Card 1180 | 27.21 |
| 02/25 | Card Purchase With Pin 02/24 Safeway Store 0533 Woodinville WA Card 1198 | 409.05 |
| 02/25 | Recurring Card Purchase 02/25 Apl*Itunes.Com/Bill 866-712-7753 CA Card 1180 | 10.99 |
| 02/26 | Card Purchase 02/25 Lyft *Ride Sun 10Pm Lyft.Com CA Card 1180 | 24.34 |
| 02/26 | Card Purchase 02/25 AT&T*Bill Payment 800-999-5445 TX Card 1180 | 418.54 |
| 02/27 | Card Purchase 02/25 Tomlinson Linen Servic 253-6271177 WA Card 1180 | 367.52 |

**Total ATM & Debit Card Withdrawals**                                                              **$17,989.91**

## ATM & DEBIT CARD SUMMARY

Bradly Joseph Havens  Card 1180

| | |
|---|---|
| Total ATM Withdrawals & Debits | $2,434.75 |
| Total Card Purchases | $11,247.11 |
| Total Card Deposits & Credits | $66,854.99 |

Lisa Marie Havens  Card 1198

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $4,308.05 |

Case 18-14412-MLB   Doc 70   Filed 04/01/19   Ent. 04/01/19 16:04:38   Pg. 13 of 29

**CHASE ○**

| | Total Card Deposits & Credits | $0.00 |
|---|---|---|
| **ATM & Debit Card Totals** | | |
| | Total ATM Withdrawals & Debits | $2,434.75 |
| | Total Card Purchases | $15,555.16 |
| | Total Card Deposits & Credits | $66,854.99 |



# ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/04 | Bankcard        Mtot Disc 471707000111669 CCD ID: 1470535472 | $50.00 |
| 02/07 | WA Dept Revenue Bis Pymt  2305328        CCD ID: 9916001118 | 1,320.00 |
| **Total Electronic Withdrawals** | | **$1,370.00** |

# OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/01 | 02/01 Withdrawal | $1,649.49 |
| 02/06 | 02/06 Withdrawal | 2,800.00 |
| 02/15 | 02/15 Withdrawal | 3,003.65 |
| 02/15 | 02/15 Withdrawal | 1,500.00 |
| 02/15 | 02/15 Withdrawal | 3,000.00 |
| 02/19 | 02/16 Withdrawal | 716.90 |
| 02/19 | 02/19 Withdrawal | 2,368.82 |
| 02/21 | 02/21 Withdrawal | 1,016.16 |
| 02/21 | 02/21 Withdrawal | 1,000.00 |
| 02/25 | 02/25 Withdrawal | 5,000.00 |
| 02/27 | 02/27 Withdrawal | 3,000.00 |
| 02/28 | 02/28 Withdrawal | 3,514.00 |
| **Total Other Withdrawals** | | **$28,569.02** |

# FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/01 | Official Checks Charge | $8.00 |
| 02/01 | Official Checks Charge | 8.00 |
| 02/06 | Official Checks Charge | 8.00 |
| 02/06 | Non-Chase ATM Fee-With | 2.50 |
| 02/07 | Insufficient Funds Fee For Check #4810 IN The Amount of $929.24 | 34.00 |
| 02/07 | Returned Item Fee For An Unpaid Check #1012 IN The Amount of $252.00 | 34.00 |
| 02/08 | Insufficient Funds Fee For A $190.81 Card Purchase - Details:        0206IN *Eastside Ski And S Woodinville WA04312317003261198 00 | 34.00 |
| 02/11 | Non-Chase ATM Fee-With | 2.50 |
| 02/13 | Non-Chase ATM Fee-With | 2.50 |
| 02/13 | Returned Item Fee For An Unpaid Check #1011 IN The Amount of $831.75 | 34.00 |
| 02/13 | Returned Item Fee For An Unpaid Check #1052 IN The Amount of $704.90 | 34.00 |
| 02/14 | Non-Chase ATM Fee-With | 2.50 |
| 02/14 | Returned Item Fee For An Unpaid Check #1024 IN The Amount of $882.00 | 34.00 |
| 02/15 | Official Checks Charge | 8.00 |
| 02/15 | Official Checks Charge | 8.00 |
| 02/19 | Official Checks Charge | 8.00 |
| 02/19 | Official Checks Charge | 8.00 |
| 02/19 | Official Checks Charge | 8.00 |
| 02/21 | Official Checks Charge | 8.00 |
| 02/21 | Insufficient Funds Fee For Check #1076 IN The Amount of $920.40 | 34.00 |

Case 18-14412-MLB    Doc 70    Filed 04/01/19    Ent. 04/01/19 16:04:38    Pg. 14 of 29



## FEES *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/22 | Insufficient Funds Fee For Check #1069 IN The Amount of $113.61 | 34.00 |
| 02/22 | Insufficient Funds Fee For A $55.01 Recurring Card Purchase - Details:  0221Msft *  E04007Llgt 800-642-7676 WA   04312317003261180  01 | 34.00 |
| 02/25 | Official Checks Charge | 8.00 |
| 02/25 | Non-Chase ATM Fee-With | 2.50 |
| 02/25 | Insufficient Funds Fee For Check #1091 IN The Amount of $613.60 | 34.00 |
| 02/25 | Insufficient Funds Fee For Check #1063 IN The Amount of $186.41 | 34.00 |
| 02/25 | Insufficient Funds Fee For Check #1075 IN The Amount of $92.28 | 34.00 |
| 02/25 | Insufficient Funds Fee For A $10.99 Recurring Card Purchase - Details:  0225Apl*Itunes.Com/Bill 866-712-7753 CA 04312317003261180  01 | 34.00 |
| 02/26 | Insufficient Funds Fee For A $24.34 Card Purchase - Details:   0225Lyft  *Ride Sun 10Pm  Lyft.Com CA   04312317003261180  01 | 34.00 |
| 02/26 | Insufficient Funds Fee For A $418.54 Card Purchase - Details:   0225AT&T*Bill Payment  800-999-5445 TX   04312317003261180  01 | 34.00 |
| 02/26 | Returned Item Fee For An Unpaid Check #1070 IN The Amount of $797.78 | 34.00 |
| 02/26 | Returned Item Fee For An Unpaid Check #1077 IN The Amount of $592.87 | 34.00 |
| 02/26 | Returned Item Fee For An Unpaid Check #1078 IN The Amount of $341.22 | 34.00 |
| 02/27 | Returned Item Fee For An Unpaid Check #1071 IN The Amount of $975.00 | 34.00 |
| 02/27 | Insufficient Funds Fee For Check #1077 IN The Amount of $592.87 | 34.00 |
| 02/28 | Official Checks Charge | 8.00 |
| 02/28 | Insufficient Funds Fee For Check #1083 IN The Amount of $872.40 | 34.00 |
| 02/28 | Returned Item Fee For An Unpaid Check #1095 IN The Amount of $731.20 | 34.00 |
| 02/28 | Returned Item Fee For An Unpaid $520.99 Item - Details: Travelers Insur Cl Payment  PPD ID: 9130790001 | 34.00 |
| 02/28 | Returned Item Fee For An Unpaid Check #1094 IN The Amount of $454.00 | 34.00 |
| 02/28 | Monthly Service Fee | 20.80 |
| **Total Fees** | | **$937.30** |

You were charged a monthly service fee of $12.00 this period. You can avoid this fee in the future by maintaining a minimum daily balance of $1,500.00. Your minimum daily balance was -$859.17.

Chase Total Business Checking allows up to 100 debits, credits, and deposited items per statement period. Your transaction total for this statement period was 122 and excessive transaction fees were applied. If this level of activity is typical, please contact us so that we can explore other product options for your business.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|------|--------|
| 02/01 | $663.42 | 02/11 | 1,062.85 | 02/21 | -345.24 |
| 02/04 | 7,500.09 | 02/13 | -51.93 | 02/22 | -229.76 |
| 02/05 | 6,455.85 | 02/14 | -27.20 | 02/25 | -534.41 |
| 02/06 | 2,063.78 | 02/15 | 1,285.26 | 02/26 | -859.17 |
| 02/07 | -708.41 | 02/19 | 1,876.44 | 02/27 | -497.05 |
| 02/08 | -297.02 | 02/20 | 544.03 | 02/28 | -480.37 |

 **CHASE** ○

## | SERVICE CHARGE SUMMARY |



| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 121 |
| Deposits / Credits | 1 |
| Deposited Items | 0 |
| **Transaction Total** | 122 |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $12.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | $12.00 |
| Excessive Transaction Fees (Above 100) | $8.80 |
| **Total Service Fees** | $20.80 |

| CASH PROCESSING | AMOUNT |
|---|---|
| Cash Deposits Immediate Verification | $1,710.00 |
| Cash Deposits Post Verification/Night Drop | $0.00 |
| **Cash Deposits Total** | $1,710.00 |
| Cash Deposits Allowed | $5,000.00 |
| **Excess Cash Deposits** | $0.00 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**

Case 18-14412-MLB    Doc 70    Filed 04/01/19    Ent. 04/01/19 16:04:38    Pg. 16 of 29



This Page Intentionally Left Blank

# Tandem A Wine and Cheese Bar LLC
# Transactions by Account
### As of February 28, 2019

| Type | Date | Num | Adj | Name | Memo |
|------|------|-----|-----|------|------|
| Paycheck | 02/07/2019 | 1051 | | Ryer, Sara N | |
| Paycheck | 02/07/2019 | 1055 | | Tapia, Hugo | |
| Check | 02/07/2019 | | | Department of Revenue | |
| Transfer | 02/07/2019 | | | | Funds Transfer |
| Check | 02/07/2019 | | | Chevron | |
| Check | 02/08/2019 | | | Eastside Ski | |
| Transfer | 02/08/2019 | SQ | | | Funds Transfer |
| Transfer | 02/10/2019 | SQ | | | Funds Transfer |
| Check | 02/10/2019 | | | Amazon | |
| Transfer | 02/11/2019 | | | | Funds Transfer |
| Transfer | 02/11/2019 | | | | Funds Transfer |
| Transfer | 02/11/2019 | | | | Funds Transfer |
| Check | 02/13/2019 | 1060 | | Synne Cellars | |
| Check | 02/13/2019 | | | Macrina Bakery | |
| Check | 02/13/2019 | | | Macrina Bakery | |
| Check | 02/13/2019 | | | Safeway | |
| Transfer | 02/13/2019 | | | | Funds Transfer |
| Transfer | 02/14/2019 | | | | Funds Transfer |
| Check | 02/14/2019 | | | Vinum Wine Importing | |
| Check | 02/14/2019 | | | Vinum Wine Importing | |
| Check | 02/14/2019 | 1061 | | Kathryn Podamy | |
| Transfer | 02/14/2019 | | | | Funds Transfer |
| Paycheck | 02/15/2019 | 38 | | Anderton, Jordan M | |
| Paycheck | 02/15/2019 | 1063 | | Fairman, Lisa N | |
| Paycheck | 02/15/2019 | 1064 | | Hensley, Lee | |
| Paycheck | 02/15/2019 | 41 | | Hulings*, Sonia | |
| Paycheck | 02/15/2019 | 1066 | | Larson*, Kevin | |
| Paycheck | 02/15/2019 | 1067 | | Martin, Kendra | |
| Paycheck | 02/15/2019 | 1068 | | Ryer, Sara N | |
| Paycheck | 02/15/2019 | 46 | | Tapia, Hugo | |
| Paycheck | 02/15/2019 | 1069 | | Shanks, William H | |
| Transfer | 02/15/2019 | | | | Funds Transfer |
| Transfer | 02/15/2019 | | | | Funds Transfer |
| Check | 02/15/2019 | | | Smart Food Service | 1198 |
| Transfer | 02/15/2019 | | | | Funds Transfer |
| Transfer | 02/15/2019 | | | | Funds Transfer |
| Paycheck | 02/16/2019 | 1072 | | Valadez, Jorge | |
| Transfer | 02/16/2019 | | | | Funds Transfer |
| Check | 02/18/2019 | | | Tomlinson Linen Service | |
| Transfer | 02/19/2019 | | | | Funds Transfer |
| Transfer | 02/19/2019 | | | | Funds Transfer |
| Transfer | 02/19/2019 | | | | Funds Transfer |
| Transfer | 02/19/2019 | | | | Funds Transfer |
| Transfer | 02/19/2019 | | | | Funds Transfer |
| Transfer | 02/19/2019 | | | | Funds Transfer |
| Check | 02/19/2019 | | | Office Max | |

# Tandem A Wine and Cheese Bar LLC
## Transactions by Account
### As of February 28, 2019

| Type | Date | Num | Adj | Name | Memo |
|------|------|-----|-----|------|------|
| **Chase Checking** | | | | | |
| Check | 02/01/2019 | | | Safeway | 1180 |
| Transfer | 02/01/2019 | | | | Funds Transfer |
| Check | 02/01/2019 | | | Craigslist | |
| Transfer | 02/01/2019 | SQ | | | Funds Transfer |
| Check | 02/01/2019 | 1024 | | DeLille Cellars | |
| Check | 02/01/2019 | | | Fish Brewing Company | |
| Check | 02/01/2019 | | | Zappos | |
| Check | 02/01/2019 | | | Zappos | |
| Transfer | 02/01/2019 | | | | Funds Transfer |
| Check | 02/01/2019 | | | McLendons | |
| Check | 02/01/2019 | | | HomeGoods | |
| Check | 02/01/2019 | | | Amazon | |
| Check | 02/01/2019 | 1076 | | Ambrosia Selections | |
| Check | 02/01/2019 | 1075 | | J Strecker | |
| Check | 02/04/2019 | | | | discount |
| Check | 02/04/2019 | | | Evergreen POS | |
| Check | 02/04/2019 | | | Safeway | |
| Check | 02/04/2019 | | | Rite Aid Store | |
| Check | 02/04/2019 | | | HomeGoods | |
| Check | 02/04/2019 | | | TJ Maxx | |
| Transfer | 02/04/2019 | | | | Funds Transfer |
| Check | 02/04/2019 | | | Elegant Details | |
| Check | 02/04/2019 | | | Smart Food Service | 1198 |
| Check | 02/04/2019 | | | Mi Tierra | |
| Check | 02/04/2019 | | | First Due Movers | |
| Check | 02/04/2019 | | | MC Smoke | |
| Check | 02/04/2019 | | | Whole Pet Shop | |
| Check | 02/04/2019 | | | Chans Place | |
| Transfer | 02/04/2019 | SQ | | | Funds Transfer |
| Transfer | 02/04/2019 | SQ | | | Funds Transfer |
| Check | 02/06/2019 | | | | |
| Transfer | 02/06/2019 | | | | Funds Transfer |
| Check | 02/06/2019 | | | Secretary of State | |
| Check | 02/06/2019 | | | Macrina Bakery | |
| Check | 02/06/2019 | | | EcoLab | |
| Check | 02/06/2019 | | | Tomlinson Linen Service | |
| Check | 02/06/2019 | | | Selections by Sagemore | |
| Check | 02/06/2019 | | | Selections by Sagemore | |
| Transfer | 02/06/2019 | | | | Funds Transfer |
| Paycheck | 02/07/2019 | 1059 | | Anderton, Jordan M | |
| Paycheck | 02/07/2019 | 1058 | | Currie, Therese | |
| Paycheck | 02/07/2019 | 1057 | | Fairman, Lisa N | |
| Paycheck | 02/07/2019 | 1054 | | Hulings*, Sonia | |
| Paycheck | 02/07/2019 | 33 | | Jackson, Camille | |
| Paycheck | 02/07/2019 | 1053 | | Martin, Kendra | |

Case 18-14412-MLB    Doc 70    Filed 04/01/19    Ent. 04/01/19 16:04:38    Pg. 19 of 29

# Tandem A Wine and Cheese Bar LLC
# Transactions by Account
### As of February 28, 2019

| Type | Date | Num | Adj | Name | Memo |
|------|------|-----|-----|------|------|
| Transfer | 02/19/2019 | | | | Funds Transfer |
| Check | 02/19/2019 | | | Smart Food Service | 1198 |
| Check | 02/19/2019 | | | QFC | |
| Check | 02/19/2019 | | | itunes | |
| Transfer | 02/19/2019 | | | | Funds Transfer |
| Transfer | 02/19/2019 | | | | Funds Transfer |
| Transfer | 02/20/2019 | | | | Funds Transfer |
| Check | 02/20/2019 | | | Tomlinson Linen Service | |
| Check | 02/20/2019 | | | First Due Movers | |
| Check | 02/20/2019 | | | Safeway | |
| Check | 02/20/2019 | | | itunes | |
| Transfer | 02/21/2019 | | | | Funds Transfer |
| Check | 02/21/2019 | 1081 | | Kathryn Podamy | |
| Check | 02/21/2019 | | | Sumerian Brew | |
| Check | 02/21/2019 | | | Smart Food Service | 1198 |
| Transfer | 02/21/2019 | | | | Funds Transfer |
| Transfer | 02/21/2019 | | | | Funds Transfer |
| Paycheck | 02/22/2019 | 48 | | Anderton, Jordan M | |
| Paycheck | 02/22/2019 | 1091 | | Fairman, Lisa N | |
| Paycheck | 02/22/2019 | 1090 | | Hensley, Lee | |
| Paycheck | 02/22/2019 | 51 | | Hulings*, Sonia | |
| Paycheck | 02/22/2019 | 1087 | | Larson*, Kevin | |
| Paycheck | 02/22/2019 | 1086 | | Martin, Kendra | |
| Paycheck | 02/22/2019 | 54 | | Ryer, Sara N | |
| Paycheck | 02/22/2019 | 55 | | Tapia, Hugo | |
| Paycheck | 02/22/2019 | 1083 | | Valadez, Jorge | |
| Transfer | 02/22/2019 | | | | Funds Transfer |
| Check | 02/22/2019 | | | GoDaddy | |
| Check | 02/22/2019 | | | GoDaddy | |
| Check | 02/22/2019 | | | Lyft | |
| Check | 02/22/2019 | | | Shell | |
| Check | 02/22/2019 | | | Microsoft | |
| Transfer | 02/25/2019 | | | | Funds Transfer |
| Transfer | 02/25/2019 | | | | Funds Transfer |
| Transfer | 02/25/2019 | | | | Funds Transfer |
| Transfer | 02/25/2019 | | | | Funds Transfer |
| Check | 02/25/2019 | | | Cutters Crabhouse | |
| Check | 02/25/2019 | | | Smart Food Service | 1198 |
| Check | 02/25/2019 | | | Haggens | |
| Transfer | 02/25/2019 | | | | Funds Transfer |
| Check | 02/25/2019 | | | Amazon | |
| Check | 02/25/2019 | | | Lyft | |
| Check | 02/25/2019 | | | Safeway | |
| Check | 02/25/2019 | | | itunes | |
| Transfer | 02/25/2019 | | | | Funds Transfer |
| Transfer | 02/26/2019 | | | | Funds Transfer |

# Tandem A Wine and Cheese Bar LLC
## Transactions by Account
### As of February 28, 2019

| Type | Date | Num | Adj | Name | Memo |
|------|------|-----|-----|------|------|
| Check | 02/26/2019 | | | Lyft | |
| Check | 02/26/2019 | | | AT&T | |
| Check | 02/26/2019 | | | Tomlinson Linen Service | |
| Transfer | 02/27/2019 | | | | Funds Transfer |
| Check | 02/27/2019 | | | Travelers Insurance | |
| Check | 02/27/2019 | | | NW Beverages | |
| Check | 02/27/2019 | | | Vinum Wine Importing | |
| Check | 02/27/2019 | | | Vinum Wine Importing | |
| Transfer | 02/27/2019 | | | | Funds Transfer |
| Check | 02/28/2019 | | | Department of Revenue | January |
| Transfer | 02/28/2019 | | | | Funds Transfer |
| Transfer | 02/28/2019 | | | | Funds Transfer |
| Check | 02/28/2019 | | | Kathryn Podamy | |
| Transfer | 02/28/2019 | | | | Funds Transfer |
| Check | 02/28/2019 | | | | Service Charge |

Total Chase Checking
**TOTAL**

# Tandem A Wine and Cheese Bar LLC
# Transactions by Account
### As of February 28, 2019

| Clr | Split | Debit | Credit | Original Amount |
|-----|-------|-------|--------|-----------------|
| **Chase Checking** | | | | |
| √ | Food Purchases | | 33.48 | -33.48 |
| √ | Cashiers Check by Member | | 1,649.49 | -1,649.49 |
| √ | Advertising and Promotion | | 45.00 | -45.00 |
| √ | Deposit Clearing | 1,487.05 | | 1,487.05 |
| √ | Beverage Purchases | | 882.00 | -882.00 |
| √ | Beverage Purchases | | 119.07 | -119.07 |
| √ | Uniforms | | 271.40 | -271.40 |
| √ | Uniforms | | 76.01 | -76.01 |
| √ | Member Draws & Contributions | | 170.00 | -170.00 |
| √ | Repairs and Maintenance | | 51.85 | -51.85 |
| √ | Restaurant Supplies | | 192.35 | -192.35 |
| √ | Restaurant Supplies | | 14.29 | -14.29 |
| √ | Beverage Purchases | | 920.40 | -920.40 |
| √ | Beverage Purchases | | 92.28 | -92.28 |
| √ | Merchant Account Fees | | 50.00 | -50.00 |
| √ | Computer and Internet Expenses | | 115.49 | -115.49 |
| √ | Food Purchases | | 523.39 | -523.39 |
| √ | Restaurant Supplies | | 101.00 | -101.00 |
| √ | Restaurant Supplies | | 193.51 | -193.51 |
| √ | Restaurant Supplies | | 17.58 | -17.58 |
| √ | Member Draws & Contributions | | 94.58 | -94.58 |
| √ | Member Draws & Contributions | | 324.45 | -324.45 |
| √ | Food Purchases | | 510.38 | -510.38 |
| √ | Research | | 91.29 | -91.29 |
| √ | Member Draws & Contributions | | 481.25 | -481.25 |
| √ | Restaurant Supplies | | 163.50 | -163.50 |
| √ | Member Draws & Contributions | | 48.33 | -48.33 |
| √ | Research | | 50.88 | -50.88 |
| √ | Deposit Clearing | 5,142.83 | | 5,142.83 |
| √ | Deposit Clearing | 8,327.88 | | 8,327.88 |
| √ | Member Draws & Contributions | | 1,500.00 | -1,500.00 |
| √ | Member Draws & Contributions | | 202.00 | -202.00 |
| √ | Business Licenses and Permits | | 85.00 | -85.00 |
| √ | Food Purchases | | 147.27 | -147.27 |
| √ | Restaurant Supplies | | 779.78 | -779.78 |
| √ | Laundry | | 367.52 | -367.52 |
| √ | Beverage Purchases | | 660.00 | -660.00 |
| √ | Beverage Purchases | | 348.00 | -348.00 |
| √ | Member Draws & Contributions | | 2,800.00 | -2,800.00 |
| √ | -SPLIT- | | 764.97 | -764.97 |
| √ | -SPLIT- | | 377.09 | -377.09 |
| √ | -SPLIT- | | 934.16 | -934.16 |
| √ | -SPLIT- | | 350.11 | -350.11 |
| | -SPLIT- | | 121.01 | -121.01 |
| √ | -SPLIT- | | 473.48 | -473.48 |

Page 5 of 12

# Tandem A Wine and Cheese Bar LLC
# Transactions by Account
### As of February 28, 2019

| Clr | Split | Debit | Credit | Original Amount |
|---|---|---|---|---|
| √ | -SPLIT- | | 1,077.15 | -1,077.15 |
| √ | -SPLIT- | | 790.98 | -790.98 |
| √ | Sales Tax Payable | | 1,320.00 | -1,320.00 |
| √ | Member Draws & Contributions | | 400.00 | -400.00 |
| √ | Member Draws & Contributions | | 54.95 | -54.95 |
| √ | Member Draws & Contributions | | 190.81 | -190.81 |
| √ | Deposit Clearing | 636.20 | | 636.20 |
| √ | Deposit Clearing | 15.00 | | 15.00 |
| √ | Restaurant Supplies | | 34.64 | -34.64 |
| √ | Deposit Clearing | 232.19 | | 232.19 |
| √ | Deposit Clearing | 1,553.07 | | 1,553.07 |
| √ | Member Draws & Contributions | | 403.25 | -403.25 |
| √ | Beverage Purchases | | 420.00 | -420.00 |
| √ | Food Purchases | | 147.27 | -147.27 |
| √ | Food Purchases | | 77.09 | -77.09 |
| √ | Food Purchases | | 169.15 | -169.15 |
| √ | Member Draws & Contributions | | 283.25 | -283.25 |
| √ | Deposit Clearing | 404.48 | | 404.48 |
| √ | Beverage Purchases | | 64.00 | -64.00 |
| √ | Beverage Purchases | | 1,196.27 | -1,196.27 |
| √ | Food Purchases | | 168.00 | -168.00 |
| √ | Member Draws & Contributions | | 343.25 | -343.25 |
| | -SPLIT- | | 764.94 | -764.94 |
| √ | -SPLIT- | | 186.41 | -186.41 |
| √ | -SPLIT- | | 570.44 | -570.44 |
| | -SPLIT- | | 96.62 | -96.62 |
| √ | -SPLIT- | | 241.70 | -241.70 |
| √ | -SPLIT- | | 270.34 | -270.34 |
| √ | -SPLIT- | | 901.55 | -901.55 |
| | -SPLIT- | | 797.78 | -797.78 |
| √ | -SPLIT- | | 113.61 | -113.61 |
| √ | Deposit Clearing | 9,991.49 | | 9,991.49 |
| √ | Member Draws & Contributions | | 14.00 | -14.00 |
| √ | Food Purchases | | 387.28 | -387.28 |
| √ | Member Draws & Contributions | | 3,003.65 | -3,003.65 |
| √ | Member Draws & Contributions | | 3,000.00 | -3,000.00 |
| √ | -SPLIT- | | 1,061.50 | -1,061.50 |
| √ | Deposit Clearing | 487.05 | | 487.05 |
| √ | Laundry | | 367.52 | -367.52 |
| √ | Deposit Clearing | 8,165.63 | | 8,165.63 |
| √ | Deposit Clearing | 4,198.73 | | 4,198.73 |
| √ | Deposit Clearing | 2,249.86 | | 2,249.86 |
| √ | Deposit Clearing | 21.99 | | 21.99 |
| √ | Member Draws & Contributions | | 140.00 | -140.00 |
| √ | Member Draws & Contributions | | 293.50 | -293.50 |
| √ | Office Supplies | | 73.13 | -73.13 |

Case 18-14412-MLB    Doc 70    Filed 04/01/19    Ent. 04/01/19 16:04:38    Pg. 23 of 29

# Tandem A Wine and Cheese Bar LLC
## Transactions by Account
### As of February 28, 2019

| Clr | Split | Debit | Credit | Original Amount |
|-----|-------|-------|--------|-----------------|
| √ | Member Draws & Contributions | | 500.00 | -500.00 |
| √ | Food Purchases | | 378.85 | -378.85 |
| √ | Food Purchases | | 181.92 | -181.92 |
| √ | Music | | 2.99 | -2.99 |
| √ | Member Draws & Contributions | | 716.90 | -716.90 |
| √ | Member Draws & Contributions | | 2,368.82 | -2,368.82 |
| √ | Deposit Clearing | 3,148.31 | | 3,148.31 |
| √ | Laundry | | 367.52 | -367.52 |
| √ | Member Draws & Contributions | | 3,006.92 | -3,006.92 |
| √ | Food Purchases | | 33.97 | -33.97 |
| √ | Music | | 10.99 | -10.99 |
| √ | Deposit Clearing | 2,606.59 | | 2,606.59 |
| √ | Food Purchases | | 168.00 | -168.00 |
| √ | Beverage Purchases | | 47.00 | -47.00 |
| √ | Food Purchases | | 470.30 | -470.30 |
| √ | Member Draws & Contributions | | 1,016.16 | -1,016.16 |
| √ | Member Draws & Contributions | | 1,000.00 | -1,000.00 |
| | -SPLIT- | | 648.02 | -648.02 |
| √ | -SPLIT- | | 613.60 | -613.60 |
| √ | -SPLIT- | | 300.11 | -300.11 |
| | -SPLIT- | | 105.67 | -105.67 |
| √ | -SPLIT- | | 241.56 | -241.56 |
| √ | -SPLIT- | | 347.17 | -347.17 |
| | -SPLIT- | | 94.66 | -94.66 |
| | -SPLIT- | | 773.77 | -773.77 |
| √ | -SPLIT- | | 872.40 | -872.40 |
| √ | Deposit Clearing | 915.57 | | 915.57 |
| √ | Computer and Internet Expenses | | 29.98 | -29.98 |
| √ | Computer and Internet Expenses | | 297.20 | -297.20 |
| √ | Travel | | 27.08 | -27.08 |
| √ | Member Draws & Contributions | | 55.99 | -55.99 |
| √ | Computer and Internet Expenses | | 55.01 | -55.01 |
| √ | Deposit Clearing | 5,818.36 | | 5,818.36 |
| √ | Deposit Clearing | 3,520.43 | | 3,520.43 |
| √ | Deposit Clearing | 347.64 | | 347.64 |
| √ | Deposit Clearing | 48.13 | | 48.13 |
| √ | Food Purchases | | 235.62 | -235.62 |
| √ | Food Purchases | | 539.58 | -539.58 |
| √ | Food Purchases | | 275.04 | -275.04 |
| √ | Member Draws & Contributions | | 303.00 | -303.00 |
| √ | Restaurant Supplies | | 3.29 | -3.29 |
| √ | Travel | | 27.21 | -27.21 |
| √ | Food Purchases | | 409.05 | -409.05 |
| √ | Music | | 10.99 | -10.99 |
| √ | Member Draws & Contributions | | 5,000.00 | -5,000.00 |
| √ | Deposit Clearing | 288.12 | | 288.12 |

# Tandem A Wine and Cheese Bar LLC
## Transactions by Account
### As of February 28, 2019

| Clr | Split | Debit | Credit | Original Amount |
|---|---|---|---|---|
| √ | Travel | | 24.34 | -24.34 |
| √ | Telephone Expense | | 418.54 | -418.54 |
| √ | Laundry | | 367.52 | -367.52 |
| √ | Deposit Clearing | 4,390.51 | | 4,390.51 |
| | Insurance Expense | | 520.99 | -520.99 |
| | Beverage Purchases | | 599.88 | -599.88 |
| | Beverage Purchases | | 853.49 | -853.49 |
| | Beverage Purchases | | 102.24 | -102.24 |
| √ | Member Draws & Contributions | | 3,000.00 | -3,000.00 |
| | -SPLIT- | | 5,828.75 | -5,828.75 |
| √ | Deposit Clearing | 1,710.00 | | 1,710.00 |
| √ | Deposit Clearing | 2,857.88 | | 2,857.88 |
| | Food Purchases | | 84.00 | -84.00 |
| √ | Member Draws & Contributions | | 3,514.00 | -3,514.00 |
| √ | Bank Service Charges | | 937.30 | -937.30 |
| Total Chase Checking | | 68,564.99 | 74,405.06 | |
| **TOTAL** | | **68,564.99** | **74,405.06** | |

# Tandem A Wine and Cheese Bar LLC
# Transactions by Account
### As of February 28, 2019

|  | Balance |
|---|---|
| **Chase Checking** | **-37,617.29** |
|  | -37,650.77 |
|  | -39,300.26 |
|  | -39,345.26 |
|  | -37,858.21 |
|  | -38,740.21 |
|  | -38,859.28 |
|  | -39,130.68 |
|  | -39,206.69 |
|  | -39,376.69 |
|  | -39,428.54 |
|  | -39,620.89 |
|  | -39,635.18 |
|  | -40,555.58 |
|  | -40,647.86 |
|  | -40,697.86 |
|  | -40,813.35 |
|  | -41,336.74 |
|  | -41,437.74 |
|  | -41,631.25 |
|  | -41,648.83 |
|  | -41,743.41 |
|  | -42,067.86 |
|  | -42,578.24 |
|  | -42,669.53 |
|  | -43,150.78 |
|  | -43,314.28 |
|  | -43,362.61 |
|  | -43,413.49 |
|  | -38,270.66 |
|  | -29,942.78 |
|  | -31,442.78 |
|  | -31,644.78 |
|  | -31,729.78 |
|  | -31,877.05 |
|  | -32,656.83 |
|  | -33,024.35 |
|  | -33,684.35 |
|  | -34,032.35 |
|  | -36,832.35 |
|  | -37,597.32 |
|  | -37,974.41 |
|  | -38,908.57 |
|  | -39,258.68 |
|  | -39,379.69 |
|  | -39,853.17 |

Case 18-14412-MLB    Doc 70    Filed 04/01/19    Ent. 04/01/19 16:04:38    Pg. 26 of 29

# Tandem A Wine and Cheese Bar LLC
## Transactions by Account
### As of February 28, 2019

| Balance |
| --- |
| -40,930.32 |
| -41,721.30 |
| -43,041.30 |
| -43,441.30 |
| -43,496.25 |
| -43,687.06 |
| -43,050.86 |
| -43,035.86 |
| -43,070.50 |
| -42,838.31 |
| -41,285.24 |
| -41,688.49 |
| -42,108.49 |
| -42,255.76 |
| -42,332.85 |
| -42,502.00 |
| -42,785.25 |
| -42,380.77 |
| -42,444.77 |
| -43,641.04 |
| -43,809.04 |
| -44,152.29 |
| -44,917.23 |
| -45,103.64 |
| -45,674.08 |
| -45,770.70 |
| -46,012.40 |
| -46,282.74 |
| -47,184.29 |
| -47,982.07 |
| -48,095.68 |
| -38,104.19 |
| -38,118.19 |
| -38,505.47 |
| -41,509.12 |
| -44,509.12 |
| -45,570.62 |
| -45,083.57 |
| -45,451.09 |
| -37,285.46 |
| -33,086.73 |
| -30,836.87 |
| -30,814.88 |
| -30,954.88 |
| -31,248.38 |
| -31,321.51 |

### Tandem A Wine and Cheese Bar LLC
### Transactions by Account
As of February 28, 2019

| Balance |
| --- |
| -31,821.51 |
| -32,200.36 |
| -32,382.28 |
| -32,385.27 |
| -33,102.17 |
| -35,470.99 |
| -32,322.68 |
| -32,690.20 |
| -35,697.12 |
| -35,731.09 |
| -35,742.08 |
| -33,135.49 |
| -33,303.49 |
| -33,350.49 |
| -33,820.79 |
| -34,836.95 |
| -35,836.95 |
| -36,484.97 |
| -37,098.57 |
| -37,398.68 |
| -37,504.35 |
| -37,745.91 |
| -38,093.08 |
| -38,187.74 |
| -38,961.51 |
| -39,833.91 |
| -38,918.34 |
| -38,948.32 |
| -39,245.52 |
| -39,272.60 |
| -39,328.59 |
| -39,383.60 |
| -33,565.24 |
| -30,044.81 |
| -29,697.17 |
| -29,649.04 |
| -29,684.66 |
| -30,424.24 |
| -30,699.28 |
| -31,002.28 |
| -31,005.57 |
| -31,032.78 |
| -31,441.83 |
| -31,452.82 |
| -36,452.82 |
| -36,164.70 |

Case 18-14412-MLB    Doc 70    Filed 04/01/19    Ent. 04/01/19 16:04:38    Pg. 28 of 29

# Tandem A Wine and Cheese Bar LLC
## Transactions by Account
**As of February 28, 2019**

| | Balance |
|---|---|
| | -36,189.04 |
| | -36,607.58 |
| | -36,975.10 |
| | -32,584.59 |
| | -33,105.58 |
| | -33,705.46 |
| | -34,558.95 |
| | -34,661.19 |
| | -37,661.19 |
| | -43,489.94 |
| | -41,779.94 |
| | -38,922.06 |
| | -39,006.06 |
| | -42,520.06 |
| | -43,457.36 |
| Total Chase Checking | -43,457.36 |
| **TOTAL** | **-43,457.36** |

Case 18-14412-MLB   Doc 70   Filed 04/01/19   Ent. 04/01/19 16:04:38   Pg. 29 of 29